# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRANDON WYSOLGLAD, | ) |
|     Plaintiff, | ) Case No. 23-cv-014903 |
| | ) Honorable Edmond E. Chang |
| v. | ) |
| CARDS HOLDINGS, LLC, CARDS GP, LLC, CARDS PARTNERSHIP HOLDINGS, LP, KINDERHOOK INDUSTRIES, SAM KEENAN, ROBERT MICHALIK, and DAN CHRISTENSEN, | ) |
|     Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION

Plaintiff files this unopposed Motion for entry of an Order extending Plaintiff's time to respond to Defendant's Motion to Dismiss through and including March 15, 2024. In support of its Motion, Plaintiff states as follows:

1. Defendants filed their Motion to Dismiss on 1/23/24.

2. On 1/23/24, the Court directed the Parties to brief the issue of diversity jurisdiction.

3. In that same 1/23/24 Order, the Court stated directed Defendants to informally provide records to Plaintiff establishing a lack of diversity jurisdiction.

4. Plaintiff received those records on 2/21/24 and is reviewing them. Plaintiff may voluntarily dismiss this lawsuit based on the information provided. However, Plaintiff's counsel has not had the opportunity to fully research this issue and requests additional time to do so and confer with counsel for Defendants.

5. Plaintiff's counsel contacted Defendants' counsel regarding this matter, and

Defendants' counsel stated that Defendants do not oppose the motion for addition time to respond to their Motion.

6. The short extension requested by Plaintiff is for good cause and will not unduly delay this litigation.

WHEREFORE, Plaintiff, for good cause shown, respectfully requests that the Court enter an Order extending her time to respond to the Motion to Dismiss through and including March 15, 2024.

DATED: February 23, 2024

Respectfully Submitted,

/s/ Ethan G. Zelizer
One of Plaintiff's Attorneys
Ethan G. Zelizer
HR LAW COUNSEL

29 S. Webster St., Suite 350-C Naperville, Illinois 60565
Tel: (630) 551-8374
Fax: (630) 566-0705
Ethan@hrlawcounsel.com

# **CERTIFICATE OF SERVICE**

I certify that on November 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Ethan G. Zelizer
One of Plaintiff's Attorneys
Ethan G. Zelizer
HR LAW COUNSEL

29 S. Webster St., Suite 350-C Naperville, Illinois 60565
Tel: (630) 551-8374
Fax: (630) 566-0705
Ethan@hrlawcounsel.com