**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Brandon Wysoglad,<br><br>Plaintiff(s),<br><br>v.<br><br>CARDS HOLDINGS, LLC, et al.,<br><br>Defendant(s). | Case No. 23 C 14903<br>Judge Edmond E. Chang |

**<u>JUDGMENT IN A CIVIL CASE</u>**

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Case dismissed without prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion to dismiss.

Date: 3/21/2024

Thomas G. Bruton, Clerk of Court

/s/ Michael Wing, Deputy Clerk